UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leon Duhamel, Jr., <br><br> Plaintiff, <br><br> v. <br><br> Nancy A. Berryhill, <br><br> Defendant. | Case No.: 18-cv-02624-LAB-JLB <br><br> **ORDER OF DISMISSAL** |

Plaintiff Leon Duhamel, Jr., who is represented by counsel, filed a complaint against seeking judicial review of the Commissioner's decision denying his application for disability insurance benefits and supplemental security income, as well as a motion to proceed *in forma pauperis* ("IFP"). (Docket no. 2.)

All parties instituting a civil action, suit, or proceeding in a district court of the United States, other than a petition for writ of habeas corpus, must pay the requisite filing fee. 28 U.S.C. § 1914(a). Under 28 U.S.C. § 1915(a), a court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his assets, showing that he is unable to pay the filing fee.

"[A]n affidavit [of poverty] is sufficient which states that one cannot because of his poverty pay or give security for costs . . . and still be able to provide himself and dependents with the necessities of life." *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339

1

(1948). But the facts as to the affiant's poverty must be stated "with some particularity, definiteness, and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981).

On November 30, 2018, the Court denied Duhamel's IFP motion and ordered him within 21 calendar days to either pay the filing fee or else file a renewed IFP motion. If he failed to do either within the time permitted, the order cautioned him, this action would be dismissed for failure to prosecute.

Since then, Duhamel has neither paid the filing fee nor filed a renewed IFP motion, nor has he sought additional time in which to do so. This action is **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee, and for failure to prosecute.

**IT IS SO ORDERED**.

Dated: January 3, 2019

*[signature]*
Hon. Larry Alan Burns
United States District Judge