UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leon Duhamel, Jr.,<br><br>                                     Plaintiff,<br><br>v.<br><br>Nancy A. Berryhill,<br><br>                                     Defendant. | Case No.: 18-cv-02624-LAB-JLB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND AFFIRMING THE COMMISSIONER'S DECISION** |

Plaintiff Leon Duhamel, Jr. filed his complaint, seeking relief from denial of Social Security disability benefits. This matter was referred to Magistrate Judge Jill Burkhardt for report and recommendation. After Defendant's counsel filed the administrative record, Plaintiff moved for summary judgment. Judge Burkhardt issued her report and recommendation (the "R&R") on November 12, 2020, recommending that his motion for summary judgment be denied, and that the Commissioner's decision denying relief should be affirmed. Objections to the R&R were due November 30, 2020, but none have been filed.

A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." *Id*. Section 636(b)(1) similarly requires that a district judge

1

"make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.

This section does not require some lesser review by the district court when no objections are filed. *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original).

Having reviewed the R&R, the Court finds it to be correct, and **ADOPTS** it. Plaintiff's motion for summary judgment is **DENIED**, and the Commissioner's decision is **AFFIRMED**. This action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  January 11, 2021

*[signature]*

Hon. Larry Alan Burns
United States District Judge